**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00464-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  ORLANDO JACKSON,
       a/k/a "Lil Drama,"

      Defendant.

---

## MINUTE ORDER[1]

---

      On September 8, 2011, the court conducted a telephonic setting conference to reset the change of plea hearing in this matter.  After conferring with counsel and with their consent,

      **IT IS ORDERED** as follows:

      1.  That on **October 18, 2011**, commencing at 11:00 a.m., the court shall conduct a change of plea hearing in this matter; and

      2.  That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

      Dated:  September 8, 2011

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.