**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00464-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ORLANDO JACKSON,
    a/k/a "Lil Drama,"

    Defendant.

---

## MINUTE ORDER[1]

---

On December 29, 2011, the court conducted a telephonic setting conference with defense counsel and government counsel's authorized representative. After conferring with counsel and by agreement of all,

**IT IS ORDERED** as follows:

1. That a Sentencing Hearing is set for **March 9, 2012,** at 1:30 p.m. at which counsel and the defendant shall appear without further notice or order; and

2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

    Dated: December 29, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.